ACCEPTED
14-14-00384-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 8:16:22 AM
CHRISTOPHER PRINE
CLERK

# PAUL WEBB, P.C.

ATTORNEYS AT LAW
221 NORTH HOUSTON STREET
WHARTON, TEXAS 77488

PAUL WEBB
VINCENT L. MARABLE III
AMY ROD *

**\* BOARD CERTIFIED - FAMILY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 8:16:22 AM
CHRISTOPHER A. PRINE
Clerk

TELEPHONE: 532-5331
AREA CODE 979
FACSIMILE 532-2902

WRITER'S EMAIL:
trippmarable@sbcglobal.net

September 21, 2015

Mr. Christopher A. Prine, Clerk                                    VIA E-FILE
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas   77002

> RE:   No. 14-14-00384-CV; <u>Ajaz R. Siddiqui, Najeeb Siddiqui, and Suncoast Environmental and Construction, Inc. v. Farhan S. Qureshi and Syed Khalid Ali</u>; In the Fourteenth Court of Appeals, Houston. Texas

Dear Mr. Prine:

Notice of setting for oral submission by the Fourteenth Court of Appeals, as to the above numbered and styled case, is hereby acknowledged and of the submission date for oral argument on Thursday, October 8, 2015, at 2:00 p.m.  Oral argument on behalf of Appellants Ajaz R. Siddiqui, Najeeb Siddiqui and Suncoast Environmental and Construction, Inc. will be presented by Vincent Lee Marable III.

Mr. Christopher A. Prine, Clerk
September 21, 2015
Page 2

Sincerely,

/s/ Vincent Lee Marable III
Vincent L. Marable III
Attorney for Appellants Ajaz R. Siddiqui, Najeeb Siddiqui and Suncoast Environmental and Construction, Inc.

VLM:sc

cc: Mr. Lawrence G. Dunbar
  Dunbar Harder, PLLC
  One Riverway, Suite 1800
  Houston, Texas 77056
  (via e-file)

  Mr. James E. Bradley
  Bradley Law Firm
  5718 Westheimer, Suite 1525
  Houston, Texas 77057
  (via e-file)

  Mr. Peter Kelly
  Mr. Kirk Pittard
  Kelly, Durham & Pittard, L.L.P.
  1005 Heights Blvd.
  Houston, Texas 77008
  (via e-file)

  Mr. Ted A. Cox
  Ted A. Cox, P.C.
  1225 W. 34th Street
  Houston, Texas 77018
  (via e-file)